**FILED**

April 30, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                   )
       Plaintiff, )
v. )
                                   )
MARVIN AARON MORRIS, )
                                   )
       Defendant. )

Case No. MAG 07-0132 DAD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARVIN AARON MORRIS  , Case No.

MAG 07-0132 DAD  , Charge  Title 18 USC §§ 472; 2  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

           Release on Personal Recognizance

X       Bail Posted in the Sum of $  25,000.ºº

          X     Unsecured Appearance Bond

               Appearance Bond with 10% Deposit

               Appearance Bond with Surety

               Corporate Surety Bail Bond

          X     (Other)    Pretrial Service Supervision
                        with conditions of release.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 30, 2007  at  2:50  pm  .

By       _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge